[No. 60398-1-I.   Division One.   December 8, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN W.J. SIMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-03129-1, Michael Hayden, J., entered July 27, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60405-8-I.   Division One.   December 8, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD SHEPPARD, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 07-1-00182-3, Susan K. Cook, J., entered July 6, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60747-2-I.   Division One.   December 8, 2008.]

SHARON R. REED, *Respondent*, v. ANM HEALTH CARE ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-16160-2, Michael Hayden, J., entered October 19, 2007. *Affirmed* by unpublished opinion per Lau, J., concurred in by Agid and Ellington, JJ. Now published at 148 Wn. App. 264.

[No. 60796-1-I.   Division One.   December 8, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC JAMES O'GRADY, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 06-1-01080-1, Ira Uhrig, J., entered October 23, 2007. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Leach, J., concurred in by Grosse and Cox, JJ.